No. 97–1479. DIAZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF DIAZ, AND ON BEHALF OF DIAZ ET AL. *v.* CCHC-GOLDEN GLADES, LTD., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 97–1481. LIBERTY NATIONAL LIFE INSURANCE CO. *v.* DAY. C. A. 11th Cir. Certiorari denied.

No. 97–1483. BURNSIDES ET AL. *v.* MJ OPTICAL, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1487. PLAISANCE DRAGLINE & DREDGING CO., INC. *v.* VERDIN. C. A. 5th Cir. Certiorari denied.

No. 97–1491. ESTATE OF BRAUNSTEIN ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–1495. DAVENPORT *v.* COADY, JUDGE, DISTRICT COURT OF NEBRASKA, THAYER COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1496. RAWSON *v.* TOSCO REFINING CO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–1501. FRANCISCO ACOSTA *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 97–1503. MIDLAND EXPORT, LTD. *v.* ELKEM HOLDING, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1508. HAVNER ET UX., ON BEHALF OF THEIR MINOR CHILD, HAVNER, ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC., ET AL. Sup. Ct. Tex. Certiorari denied.

No. 97–1516. BERG *v.* SHAPIRO ET AL. Ct. App. Colo. Certiorari denied.

No. 97–1518. YOUSSEF ET UX. *v.* MORRISON ENTITY ET AL. C. A. 9th Cir. Certiorari denied.